Matter of Samenga (2024 NY Slip Op 03051)

Matter of Samenga

2024 NY Slip Op 03051

Decided on June 5, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 5, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY
VALERIE BRATHWAITE NELSON, JJ.

2018-13408

[*1]In the Matter of Loretta Frances Samenga, a disbarred attorney. (Attorney Registration No. 1668029)

DECISION & ORDER
Motion by Loretta Frances Samenga for reinstatement to the Bar as an attorney and counselor-at-law. Samenga was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 5, 1980. By opinion and order of this Court dated March 20, 2019, Samenga was disbarred, effective May 21, 2012, and her name was stricken from the roll of attorneys and counselors-at-law (see Matter of Samenga, 171 AD3d 160). By decision and order on motion of this Court dated July 21, 2021, Samenga's motion for reinstatement was held in abeyance and the matter was referred to a Committee on Character and Fitness to investigate and report on her character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Loretta Frances Samenga is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Loretta Frances Samenga to the roll of attorneys and counselors-at-law.
DILLON, J.P., DUFFY, BARROS, CONNOLLY and BRATHWAITE NELSON, JJ., concur.
ENTER: Darrell M. Joseph Clerk of the Court